IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NEVIEZ ARRIAGA, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-09-1320-C |
| | ) | |
| JUSTIN JONES, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Bana Roberts on August 16, 2011. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed, Petitioner requesting and receiving an extension of time within which to do so. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the petition for writ of habeas corpus denied. A judgment will enter accordingly.

IT IS SO ORDERED this 27th day of October, 2011.

ROBIN J. CAUTHRON
United States District Judge